*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-09-00825-CR

Felix **UVALLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 276963
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: March 3, 2010

DISMISSED FOR WANT OF JURISDICTION

On February 6, 2009, appellant was placed on deferred adjudication community supervision

for a period of twelve (12) months. On November 19, 2009, the State filed a motion to enter an

adjudication of guilt and revoke appellant's community supervision. On December 1, 2009, the trial

court entered an order continuing appellant on deferred adjudication community supervision, but

extending the term and modifying the conditions of appellant's community supervision. Appellant

filed a notice of appeal from the trial court's order modifying the conditions of his community supervision. This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). On February 4, 2010, this court issued an order for appellant to show cause on or before February 19, 2010, why this appeal should not be dismissed for lack of jurisdiction. Appellant filed a written response agreeing that this court does not have jurisdiction. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH